proceedings were conducted wholly on the theory that the infant possessed an absolute fee title. We think this is not so under the terms of the will, and that the title expected by the purchasers could not be given. An infancy proceeding is a judicial proceeding, and a sale made in conformity therewith is a judicial sale. On such a sale the court may relieve the purchaser if the title is defective or unmarketable. Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ., concur.

Hannah Lam, Respondent, v. Fireman's Insurance Company of Newark, New Jersey, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

Hannah Lam, Respondent, v. The Continental Insurance Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

Hannah Lam, Respondent, v. The Concordia Fire Insurance Company of Milwaukee, Wisconsin, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

Hannah Lam, Respondent, v. Ohio Farmers' Insurance Company of Leroy, Ohio, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

Paul Ledet, an Infant, by Abraham Ledet, His Guardian ad Litem, Respondent, v. Lindley M. Garrison, as Receiver of The Nassau Electric Railroad Company, Appellant, Impleaded with Another, Defendant. Abraham Ledet, Respondent, v. Lindley M. Garrison, as Receiver of The Nassau Electric Railroad Company, Appellant, Impleaded with Another, Defendant. (Appeals No. 1.) — Judgments unanimously affirmed, with costs, such costs against the defendant receiver alone. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

Paul Ledet, an Infant, by Abraham Ledet, His Guardian ad Litem, Respondent, v. Lindley M. Garrison, as Receiver of The Nassau Electric Railroad Company, Defendant, Impleaded with I. C. Refrigerating Company, Appellant. Abraham Ledet, Respondent, v. Lindley M. Garrison, as Receiver of The Nassau Electric Railroad Company, Defendant, Impleaded with I. C. Refrigerating Company, Appellant. (Appeals No. 2.) — Judgments unanimously affirmed, with costs, such costs against the defendant receiver alone. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

Eva Lieberman, Respondent, v. Frank Teitelbaum, Appellant.— Order granting plaintiff's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.

Mackay, Lovell & Company, Inc., Plaintiff, v. John T. Dillon, Sr., Appellant, Impleaded with John T. Dillon Jr., and Another, Defendants, and Lawrence Chamberlain & Co., Inc., and Others, Respondents.— Order denying motion of defendant Dillon, Sr., to vacate notice of examination before trial reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. We think the examination sought should be deferred until after the service of the answer of the codefendant upon the appellant, pursuant to Civil Practice Act, section 264. Until service of such answer, and issue joined,